FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 16 2016

MATTHEW J. DYKMAN
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

|  | |
|---|---|
| Plaintiff/Petitioner - Appellant,<br><br>USA<br><br>v.<br><br>Byron Shane Chubbuck ©<br><br>Defendant/Respondent - Appellee. | Case No. 1:01-cr-00289-JAP-BB-1<br>16CV466 JAP/GJF<br><br>**Motion for Leave to Proceed on Appeal Without Prepayment of Costs or Fees** |

I, Byron Shane Chubbuck ©, the petitioner/appellant in the captioned case move this court for leave to proceed in forma pauperis.

In support of this motion, I state that because of my poverty, I am unable to pay the costs of said proceedings or give security therefor, I submit the following financial declaration.

# FINANCIAL DECLARATION

## Affidavit to Accompany Motion for Permission to Appeal in Forma Pauperis

I swear or affirm under penalty of perjury that because of my poverty I am unable to pay the docket fees of my appeal or to post a bond for them. I believe I am entitled to a different result than that reached in the district court.

I further swear or affirm under penalty of perjury that the responses which I have made to the questions and instructions below relating to my ability to pay the fees for my appeal are true.

**Instructions.** Please complete all questions in this application and then sign it on the last page. If the answer to any question is "0" or "none," or the question is "not applicable", so indicate by writing "0", "none", or "not applicable (N/A)". If additional space is needed to answer any question or to explain your answer to any question, please use and attach a separate sheet of paper identified with your name, the docket number of your case and the number of the question.

My issues on appeal are: the Johnson vs USA the high Saprieme Court Found ACCA unconstitutionaly Vauge. I want to appeal 2255 2nd sucsessive 2255 raising the New issue Johnson v USA. I will Need to File a 2244 For Authorization From 10th Circuit court in Denver. I Need a Public Defender to help me understand the laws.

1. Are you or your spouse currently employed?   Yes ____   No ✓

2. If you or your spouse are currently employed, state the name and address of your employer, the length of your employment with that employer, and your monthly gross pay. Gross pay is pay before any taxes or other deductions are taken. If you have more than one employer, please provide the information requested below about the other employer(s) on a separate sheet of paper and attach it to this application.

N/A

Yourself:

Name and Address of Employer

_____N/A_____
_____
_____

Your Spouse:

Name and Address of Employer

___I'm Not married___
_____
_____

Length of Employment

___ ___
Years Months

Length of Employment

___ ___
Years Months

Monthly Gross Pay $__0__

Monthly Gross Pay $__0__

3. If you are currently unemployed, state the date of your last employment and your monthly gross pay during your last month of employment. Gross pay is pay before any taxes or other deductions are taken.

Date of last employment (Month/Year) for yourself ___N/A___ ; spouse _____

Monthly gross pay during last month of employment $__0__

4. State whether you or your spouse have received money from any of the following sources during the past twelve months, and, if so, the average monthly amount from that source. Adjust any money that was received weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

| Did you receive money from any of the following sources during the past 12 months? | Average monthly amount during past 12 months for you and your spouse if applicable. | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Self-employment | Y/N ___ $_____ | $_____ | $_____ | $_____ |
| Income from real property (such as rental income) | Y/N ___ $_____ | $_____ | $_____ | $_____ |
| Interest and dividends | Y/N ___ $_____ | $_____ | $_____ | $_____ |
| Gifts | Y/N Yes $ 135 | $_____ | $ 135 | $_____ |
| Alimony | Y/N ___ $_____ | $_____ | $_____ | $_____ |
| Child Support | Y/N ___ $_____ | $_____ | $_____ | $_____ |

| | | | | | |
|---|---|---|---|---|---|
| Retirement income from sources such as social security, private pensions, annuities, or insurance policies | None not applicable N/A Y/N ___ $_____ | $_____ | $_____ | $_____ |
| Disability payments such as social security, other state or federal government, or insurance payments | None N/A Y/N ___ $_____ | $_____ | $_____ | $_____ |
| Unemployment payments | None N/A Y/N ___ $_____ | $_____ | $_____ | $_____ |
| Public assistance payments such as welfare payments | None N/A Y/N ___ $_____ | $_____ | $_____ | $_____ |
| Other sources of money (specify: ___None N/A___) | None N/A Y/N ___ $_____ | $_____ | $_____ | $_____ |
| TOTAL | | $_____ | $_____ | $_____ |

5. State the amount of cash you and your spouse have: $ __Zero__ N/A 0

State below any money you or your spouse have in savings, checking, or other accounts in a bank or other financial institution.

| Bank or Other Financial Institution: | Type of Account such as savings, checking, or CD: | Amount you have: | Amount your spouse has: |
|---|---|---|---|
| None 0 N/A | | $ 0 | $ ___ |
| | | $ 0 | $ ___ |
| | | $ 0 | $ ___ |

6. State below the assets owned by you and your spouse. **Do not list ordinary household furnishings and clothing.**

| | | |
|---|---|---|
| **Home** | Address: NA | Value: $ _____ |
| | _____ | Amount owed on mortgages and liens: $ _____ |
| **Other real estate** | Address: NA | Value: $ _____ |
| | _____ | Amount owed on mortgages and liens: $ _____ |
| **Motor vehicle** | Model/Year: NA | Value: $ _____ |
| | _____ | Amount owed: $ _____ |
| **Motor vehicle** | Model/Year: NA | Value: $ _____ |
| | _____ | Amount owed: $ _____ |
| **Other** | Description: NA | Value: $ _____ |
| | _____ | Amount owed: $ _____ |

7. State below any person, business, organization, or governmental unit that owes you or your spouse money and the amount that is owed.

| Name of Person, Business, or Organization that Owes You or Your Spouse Money | Amount Owed You: | Amount Owed Your Spouse: |
|---|---|---|
| NA | $ 0 | $ _____ |
| NA | $ 0 | $ _____ |

| | | |
|---|---|---|
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0 | $ _____ |
| Charitable contributions | $ 0 | $ _____ |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renter's | $ 0 | $ _____ |
|     Life | $ 0 | $ _____ |
|     Health | $ 0 | $ _____ |
|     Auto | $ 0 | $ _____ |
|     Other  NA | $ 0 | $ _____ |
| Taxes (not deducted from wages or included in home mortgage payments) (specify)  NA | $ 0 | |
| Installment payments | | |
|     Auto: | $ 0 | $ _____ |
|     Credit Card: (name)  NA | $ 0 | $ _____ |
|     Department Store: (name)  NA | $ 0 | $ _____ |
|     Other  NA | $ 0 | $ _____ |
|     Other  NA | $ 0 | $ _____ |
| Alimony, maintenance, and support paid to others | $ 0 | $ _____ |
| Payments for support of additional dependents not living at your home | $ 0 | $ _____ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0 | $ _____ |
| Other  NA | $ 0 | $ _____ |
| **TOTAL MONTHLY EXPENSES** | $ 0 | $ _____ |

10. Do you expect any major changes to your monthly income or expenses during the next four months?  Yes _____  No __✓__

    If yes, describe.


11. Have you paid an attorney any money for services in connection with this case, including the completion of this form?  Yes _____  No __✓__

    If yes, how much?  $ _____

    If yes, provide the name, address, and telephone number of the attorney:

    _____
    _____
    _____

    Have you promised to pay or do you anticipate paying an attorney any money for services in connection with this case, including the completion of this form?  Yes _____  No __✓__
    If yes, how much?  $ __NA__
    If yes, provide the name, address, and telephone number of the attorney:
    _____NA_____
    _____
    _____

12. Have you paid anyone other than an attorney (such as a paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form?

    Yes _____  No __✓__

    If yes, how much?  $ _____

    If yes, provide the name, address, and telephone number of the person or service:
    _____NA_____
    _____
    _____

13. Have you promised to pay or do you anticipate paying anyone other than an attorney (such as a paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form? Yes ____ No ✓

    If yes, how much? $ __0__

If yes, provide the name, address, and telephone number of the person or service:

_____NA_____

14. How much can you pay each month toward the docket fee for your appeal.

Per Month $ __10$__ Ive been in prison 15 years.

15. Please provide any other information that helps to explain why you are unable to pay the docket fees for your appeal. Ive been in prison Sonce 2001 But I can save what little I recive to help pay It.

16. State the address of your legal residence:

__440 Gen Stilwell NE__
__Albarquerque NM__
__87123__

Your daytime phone number:

(___)_____

Your age: __49__

Years of schooling: __11__

Your social security number: __NA I'm a Cherokee Nation Citizen Sovereign→Indigenous__

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

Date: __May/5/2016__   Signature: __Byron Shane of Chubbuck ©__

## CERTIFICATE OF SERVICE

I hereby certify that on _____ I sent a copy of
[date]

the foregoing Motion for Leave to Proceed on Appeal without Prepayment of

Costs of Fees, to:

_____, at _____

_____

_____, the last known address, by way of

United States mail or courier.

_____   _____
Date                                     Signature

Byron Shane Chubbuck
Byron Shane Chubbuck ©
07909051
USP Hazelton
PO Box 2000
Bruceton Mills
WV
26525

Legal

PITTSBURGH PA 150
12 MAY 2016 PM 4 L

RECEIVED
At Albuquerque NM
MAY 16 2016
MATTHEW J. DYKMAN
CLERK

Office of Clerk of Court
US District Court
District of New Mexico
Pete V. Domenici Courthouse
333 Lomas Blvd NW Suite 270
Alburquerque. NM.

87102227470