Dear New Mexico
Public Defender's office

May 5th 2016

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 23 2016
MATTHEW J. DYKMAN
CLERK
16cv466 JP/GF

Greetings :)

My Name is Byron Shane of Chubbuck. I am SEEKING — a public defender to file a 28 §USC 2244 asking authorization to file a 2255 based upon The New Unconstitutionaly Vauge ACCA.. Johnson v USA. I have two gun charges I hope to have over turned. I had in the past in 2001 filed a 2255.

RE: United States v. Byron Chubbuck.
Dist of NM Case NO. 1:01-cr-00289-BB-1

I am in the SHU-Hole in USP Hazelton Bruceton Mills WV 26525. I have a very hard time sending out any mail here. I'm in sort of "another" world in WV. So its been made hard for me to Communicate.

But my friend Sumner Gray can help get the word — request to your office
Sumner Gray flintgray@gmail.com
# (423) 9037336 — Mom # 5052980258 melody

I Need to file before June 26th, 2016 as its been one year sence the change in the ACCA at the High Court in NY.

Byron Chubbuck
07909051
USP Hazelton
PO Box 2000
Bruceton Mills WV 26525

Please please respond. Please assign a Defender to my case.
sincerly
Byron Shane of Chubbuck ©

Sumner Gray
2494 New York Rd
Trenton, GA 30752

CHATTANOOGA TN 374 1 L
20 MAY 2016 PM

RECEIVED
At Albuquerque NM
MAY 23 2016
MATTHEW J. DYKMAN
CLERK

Office of the Clerk
U.S. District Court
District of NM
Pete V. Domenici U.S. Courthouse
333 Lomas Blvd, Suite 270
Alburquerque, NM 87102